# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

GERRIN WALLACE,

    Plaintiff,

vs.

                                                                                                                    No. 2:20-cv-2741-MSN-tmp
                                                                                                                    JURY DEMAND

PREMIUM TRANSPORTATION
LOGISTICS, LLC, AIM LEASING COMPANY,
And LANNY JOSE SCHINDELMEISER,

    Defendants.

## ORDER GRANTING MOTION FOR A NEW TRIAL DATE AND SCHEDULING CONFERENCE

        Before the Court is the Parties' Joint Motion Requesting a New Trial Date and Amended Scheduling Order, filed March 01, 2022. (ECF No. 34.) For good cause shown, specifically the Parties continued mediation efforts and the mediator's schedule, the Motion is well taken and is hereby **GRANTED**. The Parties will conduct another Scheduling Conference on <u>Friday, March 25, 2022 at 11:00 a.m.</u> at which a new trial date will be decided. The Parties must file a new joint proposed scheduling order <u>no later than seven (7) days before the Conference</u>.

        **IT IS SO ORDERED** this 2nd day of March, 2022.

                                                          *s/ Mark Norris*
                                                          MARK S. NORRIS
                                                          UNITED STATES DISTRICT JUDGE