## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

GERRIN WALLACE,

      Plaintiff,

vs.

                                           No. 2:20-cv-2741-MSN-tmp
                                           JURY DEMAND

PREMIUM TRANSPORTATION
LOGISTICS, LLC, AIM LEASING COMPANY,
and LANNY JOSE SCHINDELMEISER,

      Defendants.

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed October 02, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Stipulation of Dismissal with Prejudice, filed June 06, 2022, (ECF No. 53), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 16, 2022
_____
Date